**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARLIS O'LEARY | ) | JURY DEMANDED |
|    Plaintiff, | ) | |
| | ) | Case No.:  12-cv-05558 |
| | ) | |
| v. | ) | Judge:  Amy J. St. Eve |
| | ) | Magistrate:  Susan E. Cox |
| | ) | |
| WILL COUNTY SHERIFF'S OFFICE, | ) | |
| AND PAUL KAUPAS, in his official | ) | |
| capacity as Sheriff of Will County. | ) | |
|    Defendants. | ) | |

**STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and by and through her counsel, Plaintiff Marlis O'Leary dismisses with prejudice any and all claims that were brought or that could have been brought in this action. Each party shall bear her or its own costs, including attorneys' fees, in this litigation.

/s/ Scott Fanning
Uche O. Asonye - 6209522
Scott Fanning - 6292790
Attorneys For Plaintiff Marlis O'Leary


Asonye & Associates
39 South LaSalle Street, Suite 815
Chicago, Illinois 60603

/s/ Patrick R. Moran   (with consent)
Patrick R. Moran
Martin W. McManaman
Attorneys for Defendants Will County Sheriff's Office and Paul Kaupas, in his official capacity as Sheriff of Will County

Lowis & Gellen LLP
200 West Adams Street, Suite 1900
Chicago, Illinois 60606

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2014, I served a true and accurate copy of the foregoing **STIPULATION TO DISMISS** upon the following by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patrick R. Moran
Martin McManaman
Lowis and Gellen
200 West Adams Street, Suite 1900
Chicago, Illinois 60606


Respectfully Submitted,
Marlis O'Leary,

/s/ Scott Fanning
One of Her Attorneys